IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Walter Kidde Portable Equipment Inc., )
)
        Plaintiff, )
) Civil Action No. 1:03CV00537
v. )
)
Universal Security Instruments, Inc., )
)
        Defendant. )

## PROPOSED ORDER

This matter comes before the Court on the Motion for Expedited Briefing Schedule and Expedited Consideration for Plaintiff's Motion Regarding the Admissibility of Expert Testimony ("Plaintiff's Motion"). After carefully reviewing the matter, the Court finds that Plaintiff's Motion should be granted.

It is hereby ORDERED that Defendant file and personally serve its response to Plaintiff's motion Regarding the Admissibility of Expert Testimony ~~within seven (7) business days after personal service of that motion by Plaintiff~~ no later than June 23. Plaintiff shall file its reply brief, if any, ~~within four (4) business days after personal service by Defendant~~ no later than June 28 ~~of its response~~.

Dated: June _____, 2005.

                                      _____
                                      ~~UNITED STATES DISTRICT COURT JUDGE~~

                                      Wallace W. Dixon
                                  United States Magistrate Judge