IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WATER KIDDE PORTABLE )
EQUIPMENT, INC., )
 )
      Plaintiff, )
 )
      v. )      1:03CV537
 )
UNIVERSAL SECURITY )
INSTRUMENTS, INC., )
 )
      Defendant. )
 )

ORDER

Plaintiff's Motion for Voluntary Dismissal of Action Without Prejudice [Doc. #149] is GRANTED. Thus, Defendant's Cross-Motion to Dismiss with Prejudice and, in the Alternative, Cross-Motion for Dismissal Without Prejudice with Conditions [Doc. #152] is DENIED.

This the day of March 31, 2006

                                           /s/ N. Carlton Tilley, Jr.
                                           United States District Judge